UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:11cv842 (WOB)

EPMG OF OHIO, INC., P.A.                          PLAINTIFF

VS.                              <u>ORDER</u>

SOUTHWEST HEALTHCARE SERVICES,
LLC, ET AL.                                        DEFENDANTS

    This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 25) recommending that defendants be sanctioned for failure to cooperate in certain discovery matters, and defendants having failed to file objections thereto within the time allowed, and the Court being sufficiently advised,

    **IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 25) be, and it is, hereby **ADOPTED** as the findings of fact and conclusions of law of the court; that plaintiff's motion for sanctions against defendants and for a court order to compel defendants to attend depositions and produce documents (Doc. 23) be, and is hereby, **GRANTED**; and plaintiffs shall recover from

defendants **$2,818.90 in sanctions.**

This 9th day of October, 2013.



Signed By:
William O. Bertelsman
United States District Judge